IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AVION T LAWSON,

    Plaintiff,

v.                                                                              CASE NO. 5:15-cv-199-LC-GRJ

J MARSHALL, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 24, 2015 (ECF No. 5), which recommended that this case be dismissed for abuse of the judicial process because Plaintiff failed to truthfully disclose his case filing history. The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). In apparent response, Plaintiff filed an amended complaint in which it appears he has identified the previously filed lawsuits that he initially failed to disclose – that were the subject of the Magistrate Judge's recommendation of dismissal. The filing of this corrected amended complaint does not "cure" the fact of Plaintiff's abuse of the judicial process. Plaintiff has otherwise filed no objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for abuse of the judicial process. This dismissal operates as a "strike" pursuant to 28 U.S.C. § 1915(g).

3. All pending motions are DENIED as moot.

**DONE AND ORDERED** on this 30th day of October, 2015.

*s/ L.A. Collier*
Lacey A. Collier
Senior United States District Judge
